# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MATHEW B. COBB, et al.** | |
| **Plaintiffs,** | **CIVIL NO. 21-1138 (PAD)** |
| v. | |
| **LA ROSA DEL MONTE EXPRESS, INC., et. al.** | |
| **Defendants.** | |

## JUDGMENT

In accordance with the Order issued today (Docket No. 22), judgment is hereby entered dismissing the case with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of June, 2021.

                                                  s/Pedro A. Delgado-Hernández
                                                  PEDRO A. DELGADO-HERNÁNDEZ
                                                  United States District Judge